**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2483**
_____

ARTHUR LEE GOODEN, II,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA; COMMONWEALTH OF VIRGINIA; BARACK
HUSSEIN OBAMA; TONYA R. HENDERSON-STITH; CHRISTOPHER W.
HUTTON; BONNIE L. JONES; TIMOTHY FISHER; VINCENT H. CONWAY;
ALBERT PATRICK; GARY MILLS; BRYANT SUGG; RICHARD KURNS;
ALFRED MASTERS; PAMELA JONES; WILLIAM H. SHAW; PETER
TRENCH; MATHEWS; NELSON T. OVERTON; JANE & JOHN DOES,
1-100; JANE & JOHN DOES, A-Z (all officers of the
Commonwealth of Virginia); JANE OR JOHN DOES, A-Z (all
officers of the United States); JANE DOES I-X,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:13-cv-00126-MSD-TEM)

_____

Submitted:  April 24, 2014        Decided:  April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Arthur Lee Gooden, II, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Gooden, II, appeals the district court's order dismissing his complaint entitled "criminal complaint for: genocide, civil rights offenses resulting in death, human trafficking, and treason." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gooden v. United States</u>, No. 4:13-cv-00126-MSD-TEM (E.D. Va. filed Oct. 8 & entered Oct. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>